# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 745
:
APPOINTMENT TO THE DOMESTIC : CIVIL PROCEDURAL RULES DOCKET
RELATIONS PROCEDURAL RULES :
COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2023, the Honorable Kathryn M. Hens-Greco, in her capacity as Administrative Judge of the Family Division of the Court of Common Pleas of Allegheny County, Fifth Judicial District, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee to serve at the pleasure of the Court, commencing October 1, 2023.